AO450 (Rev. 5/85) Judgement in a Civil Case

# UNITED STATES DISTRICT COURT

| WESTERN | DISTRICT OF | TEXAS |

TANYA CHRYAR-BYRD
Plaintiff

**JUDGMENT IN A CIVIL CASE**

V.

TEXAS DEPT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION, ET AL
Defendant

Case Number: W-11-CV-157

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issued have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Magistrate Judge's Findings and Recommendation are ADOPTED. It is further

ORDERED that the Defendants' Motion to Dismiss is GRANTED and this case is DISMISSED pursuant to 28 U.S.C. 1915(e)(2). It is further

ORDERED that any motions not previously ruled upon by the Court or the Magistrate Judge are hereby DENIED.

May 21, 2013
Date

William G. Putnicki
Clerk

*Suzanne Miles* (signature)
(By) Deputy Clerk